UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ROBERT M. ROJAS,                          )          Case No. EDCV 12-1732-R (JEM)
                                          )
                      Petitioner,         )
                                          )          **J U D G M E N T**
              v.                          )
                                          )
G.J. GANDA, Warden,                       )
                                          )
                      Respondent.         )
_____  )

       In accordance with the Order Accepting Findings and Recommendations of United

States Magistrate Judge filed concurrently herewith,

       IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED:  December 5, 2013

                                          _____
                                              MANUEL L. REAL
                                          UNITED STATES DISTRICT JUDGE